**LOEVY & LOEVY**
311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

January 31, 2023

**VIA ECF**
Hon. Lois Bloom
United State Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Parkinson, et al., v. City of New York, et al.*, Case No. 22-cv-00851-LDH-LB – Motion to File Plaintiff's Amended Complaint

Judge Bloom:

Plaintiffs Taron Parkinson, Keith Garlin, Michael Suber, Davon Armstrong, Audrey Brown, Vaughn Payne, Dennis Smith, Ramona Jacquez, and Barry Sease-Bey, by their attorneys, respectfully submit this letter-motion regarding Plaintiffs' First Amended Complaint (Ex. A).

Pursuant to the joint proposed schedule set forth in Plaintiffs' Status Report (Dkt. 30), Plaintiffs served their First Amended Complaint on all Defendants on January 25, 2023. The City of New York and Defendant Cordoba do not oppose Plaintiffs' motion seeking leave to file the Amended Complaint previously served upon Defendants. Moreover, Defendants seek an extension to file their answer to Plaintiffs' First Amended Complaint, with a proposed deadline of March 3, 2023. Plaintiffs consent to this extension.

Thank you for your attention to this matter.

                                        Respectfully submitted,

*Parkinson, et al., v. City of New York, et al.*
Letter-Motion to File Plaintiffs' Amended Complaint
Page **2** of **3**

/s/ Kelly Jo Popkin

Kelly Jo Popkin
*One of Plaintiffs' Attorneys*

*Parkinson, et al., v. City of New York, et al.*
Letter-Motion to File Plaintiffs' Amended Complaint
Page **3** of **3**

# CERTIFICATE OF SERVICE

      I, Kelly Jo Popkin, an attorney, hereby certify that on January 31, 2023, I filed the foregoing letter-motion using the Court's CM/ECF system, which effected service on all counsel of record listed below.

      /s/ Kelly Jo Popkin
      *One of Plaintiffs' Attorneys*