

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

December 12, 2024

**BY ECF**
Honorable Lois Bloom
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:     Taron Parkinson, et al. v. City of New York, et al.,
>         22-CV-851 (LDH) (LB)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. Defendant City writes to respectfully request that the Court adjourn the December 17, 2024 in-person conference, scheduled for 11:30 a.m., to thirty minutes (30) later at 12:00 p.m. or a later time on that same date. Plaintiff's counsel and counsel for defendant Cordoba do not object to this request. Defendant Desormeau's counsel consents to this request on the condition that he be permitted to appear telephonically as he has a conflict. This is defendant City's first such request and does not affect any other deadlines.

By way of background, on December 4, 2024, this Court ordered the parties to appear for an in-person conference on December 17, 2024 at 11:30 a.m. *See* Dkt. No. 123, Order, December 4, 2024. The undersigned has a previously scheduled in-person Initial Conference before Magistrate Judge Peggy Kuo on the same date of December 17, 2024 at 11:00 a.m., in the matter of Theodore Blair v. City of New York, et al., 24-CV-3340 (PK), which is also pending in the Eastern District of New York. Based on the past conference in the other matter, it is very likely the conference will run longer than thirty (30) minutes. Therefore, to avoid a potential conflict between the two appearances, defendant City respectfully requests that this conference be adjourned to 12:00 p.m. on December 17, 2024.

Accordingly, defendant City respectfully requests, without objection from any party, that the Court adjourn the December 17, 2024 in-person conference, scheduled for 11:30 a.m., to 12:00 p.m. or a later time on that same date.

Defendant City thanks the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*

Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc:    **BY ECF**
All Attorneys of Record