

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**GREGORY J.O. ACCARINO**
*Senior Counsel*
Tel.: (212) 356-1945
Fax: (212) 356-3509
gaccari@law.nyc.gov

December 29, 2025

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Seth D. Eichenholtz
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Taron Parkinson, et al. v. City of New York, et al.</u>,
                22-CV-851 (LDH) (LB)

Your Honors:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter.

      Pursuant to the Court's November 21, 2025 Order, the parties jointly submit an executed Stipulation and Order of Dismissal for the Court's endorsement. *See* Dkt. Entry, Scheduling Order, November 21, 2025.

      In light of this submission, the parties respectfully request that the Court cancel the January 7, 2026 in-person status conference before Magistrate Judge Seth D. Eichenholtz. *See id.* ("If the parties file a stipulation of dismissal on or before 1/5/2026, the conference will be adjourned.").

      The parties thank the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
Senior Counsel
Special Federal Litigation Division

Encl.

cc: **BY ECF**
All Attorneys of Record