UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

TARON PARKINSON, MICHAEL SUBER, KEITH
GARLIN, DAVON ARMSTRONG, AUDREY BROWN,
VAUGHN PAYNE, DENNIS SMITH, RAMONA JACQUEZ,
and BARRY SEASE-BEY,

**STIPULATION AND
ORDER OF DISMISSAL**

22-CV-851 (LDH) (SDE)

                                   Plaintiffs,

-against-

NEW YORK CITY POLICE OFFICER KEVIN
DESORMEAU, OFFICER SASHA CORDOBA, CITY OF
NEW YORK, ET AL.,

                                   Defendants.
-------------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: New York, New York
       December 22, 2025

LOEVY & LOEVY
*Attorneys for Plaintiffs*
311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900

By: _____
Jon Loevy
*Attorney for Plaintiffs*

MURIEL GOODE-TRUFANT
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: /s/ Gregory Accarino
Gregory Accarino
*Senior Counsel*

TANNER & ORTEGA, LLP
*Attorneys for defendant Sasha Cordoba*
299 Broadway, Suite 1400
New York, New York 10007
(212) 962-1333

By: _____
Hugo Ortega
*Attorney for defendant Cordoba*

SUTTAN SACHS MEYER PLLC
*Attorneys for defendant Kevin Desormeau*
14 Penn Plaza, Suite 1315
New York, New York 10122
(212) 480-4357

By: _____
Ali Jaffery
*Attorney for defendant Desormeau*

SO ORDERED:

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2